IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALLSTATE INSURANCE CO.,** | : | **CIVIL ACTION** |
| **Plaintiff** | : | |
| | : | |
| v. | : | **NO. 08-4549** |
| | : | |
| **TIMOTHY HOPFER, et al.,** | : | |
| **Defendants** | : | |

**O R D E R**

**STENGEL, J.**

    **AND NOW**, this 14th day of May, 2009, upon consideration of the defendants' Motions to Stay or Vacate (Documents #18–20), it is hereby ORDERED that the motions are GRANTED. Defendants David Hopfer, Linda Lee Hopfer, and Kevin Hopfer shall respond to both the complaint (Document #1) and the motion for judgment on the pleadings (Document #30) within thirty (30) days of the date of this Order.

    **IT IS FURTHER ORDERED** that the defendants' Motions for Enlargement of Time to Respond (Documents #21–23) is hereby DISMISSED as moot.

                                      BY THE COURT:

                                        /s/ Lawrence F. Stengel
                                        LAWRENCE F. STENGEL, J.